Laurence Peter Digesti (SBN 88)
THE **DIGESTI** LAW FIRM LLP
485 W. Fifth Street
Reno, NV 89503
Telephone: 775.323.7797
Facsimile: 775.323.5944

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

BRENT GARCIA: and VICTOR BALTAZAR, SR., an individual as Guardian for VB, II, a minor,

Plaintiffs,

vs.

CHURCHILL COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; SANDRA SHELDON, in her individual and official capacities; STEVE RUSSELL, in his individual and official capacities; KEVIN LORDS, in his individual and official capacities; and MARY FAVSTRITSKY, in her individual and official capacities,

Defendants.

Case No.: 3:14-cv-00585-MMD-VPC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED and AGREED, by and between the parties, BRENT GARCIA and VICTOR BALTAZAR, SR., an individual as Guardian for VB, II, a minor, Plaintiffs, through their respective counsel of record, The Digesti Law Firm LTD, and Laurence P. Digesti, Esq., and CHURCHILL COUNTY SCHOOL DISTRICT, SANDRA SHELDON, STEVE RUSSELL, KEVIN LORDS, and MARY FAVSTRITSKY, Defendants, through their respective counsel of record, Erickson Thorpe & Swainston, LTD, and Ann Alexander, Esq., and pursuant to Federal Rules of Civil Procedure 41, that the above-entitled matter be dismissed, with prejudice, and



THE DIGESTI LAW FIRM LTD
485 W. FIFTH STREET, RENO, NV 89503

that all parties are to bear their own respective costs and attorney's fees.

DATED: this ____7th____ day of December, 2015.

THE DIGESTI LAW FIRM LTD

/s/ Laurence P. Digesti, Esq.
Laurence P. Digesti, Esq.
Counsel for Plaintiffs
Brent Garcia and Victor Baltazar, Sr.

ERICKSON THORPE & SWAINSTON, LTD.

/s/ Ann M. Alexander, Esq.
Ann M. Alexander, Esq.
Counsel for Defendants
Churchill County School District;
Sandra Sheldon; Steve Russell; Kevin Lords;
Mary Favstritsky

**ORDER**

IT IS SO ORDERED this 8th day of December, 2015.

DISTRICT COURT JUDGE

THE DIGESTI LAW FIRM LTD
485 W. FIFTH STREET, RENO, NV 89503